1  JULIE M. MCCOY, Bar No. 129640
   LAW OFFICES OF JULIE M. MCCOY
2  JACQUELYNE M. NGUYEN, Bar No. 249658
   1670 SANTA ANA AVE., SUITE K
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax:(949) 722-8416

5  Attorney for: PLAINTIFF

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       No. CV A 10- 6103

12              Plaintiff,

13      vs.                         CONSENT JUDGMENT

14 Mona Toeque,

15              Defendant

16

17     Pursuant to the above stipulation of the parties,

18 Judgment is hereby entered in favor of Plaintiff, UNITED

19 STATES OF AMERICA, against Defendant, Mona Toeque, in the

20 principal amount of $4,612.03 plus interest accrued to

21 August 9, 2010, in the sum of $6,987.85; with interest

22 accruing thereafter at 8% annually until entry of judgment,

23 administration costs in the amount of $0.00, for a total

24 amount of **$11,599.88**.

25 DATED: 8-25-2010          By: _Terry Nafisi_
                                 Clerk of the Court
26

27                               _Linda R. Ford_
28                               Deputy Clerk
                                 United States District Court